KELSEY *v.* HARTSFIELD, mayor, *et al.*

GRICE, Justice. The act of August 20, 1927, as amended by the act of 1935, and as further amended by the act of 1937 (cited in the accompanying statement of facts, infra), providing certain old-age benefits for employees of the City of Atlanta, and, in case of death, to the widow, containing in section 2 of the act of 1927, supra, the provision that the employee "shall have served twenty-five years in active service of such city at the time of his retirement;" the petition for mandamus and the agreed statement of facts showing that the employee entered the service on March 14, 1914, and died April 25, 1939; and there being an interruption of service commencing September 15, 1921, and ending January 1, 1922, and another from August 1, 1923, to February 3, 1924; *Held.* that the character of the interruptions above referred to was such as to deny to the widow compensation, since they show that the employee had not "served twenty-five years in active service," within the meaning of the act. *Judgment affirmed. All the Justices concur.*

No. 13538. NOVEMBER 13, 1940.

146

*Robert B. Blackburn,* for plaintiff.

*J. C. Savage, E. L. Sterne, J. C. Murphy,* and *Frank A. Hooper Jr.,* for defendants.